# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Mario Trejo,

        Plaintiff,

v.

CCDC, et al.,

        Defendants.

Case No.: 2:19-cv-342-APG-CWH

**ORDER**

## I. DISCUSSION

On February 28, 2019, this Court denied Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because it was incomplete. (ECF No. 4). Specifically, Plaintiff failed to submit an application to proceed *in forma pauperis* on this Court's approved form and failed to attach both an inmate account statement for the past sixth months and a properly executed financial certificate. (*Id.* at 1). The Court sent Plaintiff an approved application to proceed *in forma pauperis* for a prisoner and directed Plaintiff to file a fully complete application and attachments within 30 days. (*Id.* at 2).

Instead of filing a fully complete application to proceed *in forma pauperis*, Plaintiff filed motions for temporary restraining order and preliminary injunction. (ECF Nos. 5, 6). In those identical motions, it appears that jail officials have not sent Plaintiff his requested financial attachments. (*See* ECF No. 5 at 2). The Court denies Plaintiff's motions for temporary restraining order and preliminary injunction and instead grants Plaintiff an extension of time to send this Court a completed application to proceed *in forma pauperis* with attachments.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motions for temporary restraining order and preliminary injunction (ECF Nos. 5, 6) are denied.

It is further ordered that that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

It is further ordered that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

Dated: April 9, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE