# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO TREJO, | Case No.: 2:19-cv-00342-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Granting in Part Motion to Substitute** |
| v. | |
| CCDC, et al., | [ECF Nos. 15, 18] |
| Defendants | |

On January 14, 2020, Magistrate Judge Albregts recommended that I grant plaintiff Mario Trejo's motion to substitute Nancy Goodman for current defendant Nurse Nancy, but he recommended that I deny Trejo's other requested substitutions. Trejo did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 18) is accepted**.

I FURTHER ORDER that plaintiff Mario Trejo's motion to substitute **(ECF No. 15) is GRANTED in part**. Nancy Goodman is substituted for current defendant Nurse Nancy. The motion is DENIED as to the other requested substitutions.

DATED this 3rd day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE