**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARIO TREJO, | Case No. 2:19-cv-00342-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CCDC, ET AL., | |
| Defendants. | |

This matter is before the Court on pro se prisoner Plaintiff's Motion to Extend Time re 4(m) Dismissal (ECF No. 21), filed on February 20, 2020.

Plaintiff is a pro se prisoner in the custody of the Clark County Detention Center. He was permitted to proceed *in forma pauperis* on July 22, 2019. (ECF No. 11). At that time, his Complaint was screened by the District Judge assigned to this case pursuant to 28 U.S.C. § 1915A(a) and he was permitted to proceed on: a 14th Amendment inadequate medical care claim against Defendants Nurse Jennifer, Nurse Nancy, and Doe medical staff (when Plaintiff learns their identities). (*Id.*). On February 3, 2020, the Court granted in part and denied in part Plaintiff's Motion to Substitute and permitted Nancy Goodman to be substituted. (ECF No. 19).

Then, on February 7, 2020, Plaintiff was notified that no proper proof of service had been filed as to Defendants Dr. Weiner, Nurse Jennifer, and Nancy Goodman and the dismissal deadline as to those Defendants was set for March 8, 2020. (ECF No. 20). As a result, Plaintiff requests an extension of time to serve. (ECF No. 21). He does not specify which Defendants he wishes to have an extension of time to serve or how much time he needs. Plaintiff indicates that he has not been able to ascertain Nurse Jennifer's identity or address and he wants a set of proper forms to serve.

1    The Court will grant Plaintiff's request to extend time to serve on the three unserved defendants – Dr. Weiner, Nurse Jennifer, and Nancy Goodman.  Additionally, the Court will permit service by the United States Marshal's Service.  *See* Fed. R. Civ. P. 4(c)(3) (providing that the court must order service by a United States marshal if the plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915).  However, the Court is unable to provide Plaintiff with an address for Nurse Jennifer.

**ORDER**

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time re 4(m) Dismissal (ECF No. 21) is **granted**.

IT IS FURTHER ORDERED that the clerk of court must send to Plaintiff three blank summons forms and three blank USM-285 forms for the three remaining unserved defendants, along with a copy of this order.

IT IS FURTHER ORDERED that Plaintiff must complete the forms and file them with the Court within 30 days.

IT IS FURTHER ORDERED that upon receipt of the proposed summonses and completed USM-285 forms from Plaintiff, the clerk of the court must issue the summonses and deliver the summonses, the USM-285 forms, a copy of the complaint, and a copy of this order to the U.S. Marshal for service.

DATED: March 17, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE