UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO TREJO, | Case No.: 2:19-cv-00342-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Motion to Amend, and Dismissing Case** |
| v. | |
| CCDC, et al., | [ECF Nos. 30, 31] |
| Defendants | |

On February 16, 2021, Magistrate Judge Albregts recommended that I dismiss this case without prejudice because plaintiff Mario Trejo has been unable to serve the defendants despite multiple extensions and because there is no basis to sever his case into three separate cases. Trejo did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 31) is accepted**, plaintiff Mario Trejo's motion to amend **(ECF No. 30) is denied**, and the complaint is dismissed without prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 4th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE